# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

*In re Charter Securities Litigation* : Case No. 3:84-cv-0448-WTH

**PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER (1) REOPENING THE CASE FOR THE SOLE PURPOSE OF OBTAINING AN ORDER DIRECTING CY PRES DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS AND (2) DIRECTING CY PRES DISTRIBUTION OF FUNDS**

Pursuant to Rule 3.08(b), Local Rules for the Middle District of Florida, Plaintiffs hereby move the Court for an order reopening the case for the sole purpose of obtaining an order directing *cy pres* distribution of all residual settlement funds from uncashed checks, $14,423.65, from the *In re Charter Securities Litigation* settlement fund, and accordingly, directing such distribution of funds. Subject to the Court's direction, Plaintiffs request that the funds be distributed to a not-for-profit 501(c)(3) organization, such as Community Legal Services of Philadelphia, which benefits those most likely to be unrepresented or underrepresented in civil litigation, or to a not-for-profit organization in the Middle District of Florida.

An accompanying memorandum of law is submitted in support of this motion.

| | |
|---|---|
| Jacksonville, Florida<br>Dated: April 7, 2015 | /s/ George E. Ridge<br>George E. Ridge<br>COOPER, RIDGE, P.A.<br>Baywater Square Building<br>140 East Bay Street<br>Jacksonville, FL 32202<br>Tel: (904) 353-6555<br>Email: gridge@attorneyjax.com<br><br>Ruthanne Gordon<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Email: rgordon@bm.net |

Kal6947115